[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-14397

_____

D.C. Docket No. 0:14-cv-60003-JIC

EDWARD BUTLER,

Plaintiff - Appellant,

versus

CITY OF FORT LAUDERDALE,
SCOTT HAGEMANN,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(September 19, 2016)

Before HULL, MARTIN, and BALDOCK,[*] Circuit Judges.

HULL, Circuit Judge:

Plaintiff Edward Butler appeals from the district court's order granting Defendant Scott Hagemann's motion for summary judgment.  Butler brought an action alleging malicious prosecution under federal and state law,[1] relying in part on 42 U.S.C. § 1983.  The district court determined that Butler's malicious prosecution claims failed because Hagemann had probable cause to arrest Butler on suspicion of armed robbery.  The district court entered final judgment in favor of Hagemann.

After review of the record and with the benefit of oral argument, we affirm.

**AFFIRMED.**

---

[*] Honorable Bobby R. Baldock, United States Circuit Judge for the Tenth Circuit, sitting by designation.

[1] Butler brought other claims that were dismissed before Defendant Hagemann's motion for summary judgment, but those claims are not at issue in this appeal.

2